UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LONG TAN NGUYEN,<br><br>         Petitioner,<br><br>    v.<br><br>WARDEN, et al.,<br><br>         Respondents. | No. 1:25-cv-01872 WBS EFB<br><br><br><br>ORDER |

----oo0oo----

After reviewing the parties' submissions and the Magistrate Judge's findings and recommendations regarding petitioner's petition for habeas corpus (Docket No. 1), the court deems oral argument necessary.  Oral argument will be heard on **Thursday, April 2, 2026,** at **10:00am** in Courtroom 5.  Personal appearances by counsel for both sides who are familiar with the facts and the law of this case are required.

IT IS SO ORDERED.

Dated:  March 31, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE